CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, Respondent, v. HAMILTON PELL and Another, as Administrators, etc., of ALICE B. PELL, Deceased, and Others, Appellants, Impleaded with ALICE B. THEBAUD and Others, Defendants, and REYNAL DE ST. MICHEL THEBAUD, JR., Respondent.— Judgment so far as appealed from affirmed, with costs to the defendant, respondent, against the appellants. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell and Glennon, JJ., dissent.

HAZEL E. APPLEGATE, Respondent, v. D. S. STERN & Co., INC., Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SENWALD HOLDING CORPORATION, Respondent, v. ROSOFF SUBWAY CONSTRUCTION COMPANY, INC., Appellant, Impleaded with THE CITY OF NEW YORK, Defendant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Townley, J., dissent and vote for reversal and dismissal of the complaint.

FREDERIC A. POTTS & Co., INC., Respondent, v. LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

In the Matter of the Application of FRANK GROSSO and Others, Appellants, against ROBERT MOSES, Commissioner of Parks of the City of New York, and Others, Respondents.— Final order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

SPEAR SECURITIES CORPORATION, Appellant, v. LOUIS S. LIPSHITZ and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

BRONX GATEWAY SERVICE STATIONS, INC., Respondent, v. THE PURE OIL COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

ELLIOTT HOSIERY COMPANY, INC., Appellant, v. ATLANTIC MOTOR FREIGHT COMPANY, INC., Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

BENJAMIN H. ROTH and Another, Copartners, etc., Respondents, v. ISIDOR N. STERN and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

CHARLES W. EKINS, Appellant, v. GIANBATISTA GAUZZA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of PATRICK CASEY, Respondent, v. PATRICK CORLESS, Appellant.— Judgment reversed, the information dismissed and the fine remitted. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.